AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
01/03/2020
Clerk, U.S. District Court
Western District of Texas

by: J. Hinojos
Deputy

USA § 
 § CRIMINAL COMPLAINT
vs. § CASE NUMBER: PE:20-M -00008(1)
 §
(1) Domingo De Leon-Ixcotoyac §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 30, 2019** in **Brewster** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), 202(4) and 557.

in violation of Title    **8**    United States Code, Section(s)    **1326**

I further state that I am a(n) **BORDER PATROL AGENT** and that this complaint is based on the following facts:   "The Defendant, Domingo  DE LEON-Ixcotoyac, was arrested by Sanderson Border Patrol Agents, on December 30, 2019, for being an illegal alien present in the United States.

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
RAPA, CHRISTOPHER
BORDER PATROL AGENT

January 03, 2020                                                              at   Alpine, Texas
Date                                                                                       City and State

DAVID B. FANNIN
UNITED STATES MAGISTRATE JUDGE                       Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:20-M -00008(1)

WESTERN DISTRICT OF TEXAS

(1) Domingo De Leon-Ixcotoyac

FACTS   (CONTINUED)

Investigation and records from the Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on 10/03/2018 through Alexandria, La.  The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded.  The Defendant is unlawfully present in the United States.

Defendant is a citizen and national of Guatemala.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 2 time(s), the last one being to GUATEMALA on October 3, 2018, through ALEXANDRIA, LA


CRIMINAL HISTORY:
02/19/2019, Nashville, GA, Disorderly Conduct(M), CNV, Confinement.